**Order filed March 19, 2014 Withdrawn; Order filed March 20, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00349-CV
_____

**DRAKE INTERIORS, L.L.C., Appellant**

**V.**

**ANDREA MARIE THOMAS & ROBERT WARREN THOMAS, Appellee**

On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2009-22182

## ORDER

On March 19, 2014, this Court issued an order requesting a supplemental clerk's record containing Defendant's Second Amended Answer filed May 11, 2011. The order was issued in error and is withdrawn.

PER CURIAM